**CAMARINOS LAW GROUP, LLC**
411 Hackensack Avenue, 2nd Floor
Hackensack, New Jersey 07601
Telephone: (201) 509-5000
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACQUELINE BORISH SINCLAIR, individually and in her capacities as ADMINISTRATOR and ADMINISTRATOR *AD PROSEQUENDUM* of THE ESTATE OF EDWARD F. SINCLAIR,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF MAHWAH, WILLIAM LAFORET, individually and in his official capacity as the Mayor of the Township of Mahwah, JAMES BATELLI, individually and in his official capacity as the Chief of Police of the Township of Mahwah, John Doe 1 and John Doe 2.<br><br>Defendants. | Civil Action No. 16-01568 (MAH)<br><br><br><br>**NOTICE OF MOTION FOR LEAVE OF COURT TO FILE A SECOND AMENDED COMPLAINT** |

TO:   Robert Zimmerer, Esq.
       Zimmerer, Murray, Conyngham & Kunzier
       Park 70 West, Plaza Two
       250 Pehle Avenue – Suite 108
       Saddle Brook, NJ 07663
       *Attorneys for Defendant Township of Mahwah*

1

TO: Peter F. Berk, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102
*Attorneys for Defendant William Laforet,*
*individually and in his official capacity as the Mayor*
*of the Township of Mahwah*

TO: Natalia R. Angeli, Esq.
Botta Angeli, LLC
50 South Franklin Turnpike
Ramsey, NJ 07446
*Attorneys for Defendant James Batelli,*
*individually and in his official capacity as the Chief of Police*
*of the Township of Mahwah*

**PLEASE TAKE NOTICE** that on Monday, March 5, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Jacqueline Borish Sinclair, individually, and in her capacities as Administrator and Administrator *Ad Prosequendum* of The Estate of Edward F. Sinclair ("Plaintiffs") through their undersigned counsel, Camarinos Law Group, LLC (Michael D. Camarinos, appearing), shall move before The Honorable Michael A. Hammer, United States Magistrate Judge of the United States District Court for the District of New Jersey located at the U.S. Courthouse and Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order granting Plaintiffs leave of Court to amend their pleading and file a Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of the instant application, Plaintiffs shall rely upon the enclosed Certification of Michael D. Camarinos with exhibits annexed thereto and Brief submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that this Motion shall be deemed uncontested, and there shall be no right to argue orally unless the Defendants timely file opposition.

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, Plaintiffs will request that the Proposed Form of Order submitted herewith be entered by the Court.

Dated:  January 30, 2018

          Respectfully submitted,

          **CAMARINOS LAW GROUP, LLC**
          *Attorneys for Plaintiffs*

By:   */s/Michael D. Camarinos*
       Michael D. Camarinos, Esq.
       411 Hackensack Avenue, 2nd Floor
       Hackensack, New Jersey 07601
       Telephone:  (201) 509-5000